# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Pandelakis, | No. CV-16-04143-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| US Bank NA, | |
| Defendant. | |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 14.) For good cause shown,

**IT IS ORDERED** that this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 20th day of March, 2017.

Douglas L. Rayes
United States District Judge